**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-1623**

———————

ANGELA J. DWYER,

Plaintiff - Appellant,

v.

ALLIED UNIVERSAL,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:24-cv-00056-GMG-RWT)

———————

Submitted:  November 19, 2024                          Decided:  November 21, 2024

———————

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Angela J. Dwyer, Appellant Pro Se.  Kelly Elisabeth Eisenlohr-Moul, Nathan A. Shine, Evanston, Illinois, Kristyn Lorenza Mae Hardy, MARTENSON HASBROUCK & SIMON LLP, Atlanta, Georgia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angela J. Dwyer appeals the district court's orders denying her motion to remand and granting Defendant's motion to dismiss Dwyer's complaint alleging race discrimination and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Dwyer v. Allied Universal*, No. 3:24-cv-00056-GMG-RWT (N.D. W. Va. June 24, 2024; June 26, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*